IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

U. S. BANK TRUST, N.A.
as trustee for LSF9 Master
Participation Trust c/o Brock & Scott,
PLLC,

    Plaintiff,

      v.

CIVIL ACTION FILE
NO. 1:16-CV-4079-TWT

AARON BUTLER, JR.
AND/OR ALL OTHERS,

    Defendant.

**ORDER**

This is a dispossessory  action wrongfully removed to this Court by the

Defendant.  It is before the Court on the Report and Recommendation [Doc. 4] of the

Magistrate Judge recommending remanding the case to the Magistrate Court of Henry

County for lack of subject matter jurisdiction.   The Court approves and adopts the

Report  and  Recommendation  as  the  judgment  of  the  Court.  This  action  is

REMANDED to the Magistrate Court of Henry County. The Defendant's Motion to

Stay [Doc. 3] is DENIED.

T:\ORDERS\16\U. S. Bank Trust, N.A\r&r.wpd

SO ORDERED, this 6 day of December, 2016.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge